Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

Ms. Ranishia R. Coleman
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint.)

-v-

St. Vincents East
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes  ☐ No

2:17-cv-01255-AKK

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Ms. Ranishia R. Coleman
   Street Address: 7778 4th Avenue South Apt F
   City and County: Birmingham  Jefferson
   State and Zip Code: Alabama  35206
   Telephone Number: 205-705-7007
   E-mail Address: mirandergirl@gmail.com

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☑ **Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

07/27/2017
Date

_____
Participant Signature

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Kristen Costanzo
- Job or Title (if known): Human Resources Director
- Street Address: 50 Medical Park Drive East Suite 259
- City and County: Birmingham Jefferson
- State and Zip Code: Alabama 35235
- Telephone Number: 205-838-3000
- E-mail Address (if known): N/A

Defendant No. 2
- Name: Patti Holbrook
- Job or Title (if known): Charge Nurse
- Street Address: 50 Medical Park Drive East Suite 259
- City and County: Birmingham Jefferson
- State and Zip Code: Alabama 35235
- Telephone Number: 205-838-3000
- E-mail Address (if known): N/A

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

    Name: St. Vincent's East
    Street Address: 50 Medical Park Drive East
    City and County: Birmingham Jefferson
    State and Zip Code: Alabama 35235
    Telephone Number: 205-838-3000

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☒ Failure to promote me.
☐ Failure to accommodate my disability.
☒ Unequal terms and conditions of my employment.
☒ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

11-02-2009 – 06-02-2010

C. I believe that defendant(s) *(check one)*:
☒ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☐ color _____
- ☑ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☑ ~~rac~~ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

01/31/2017

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* April 30, 2017.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

    C.    Only litigants alleging age discrimination must answer this question.

         Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

         ☐    60 days or more have elapsed.

         ☐    less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    A.    **For Parties Without an Attorney**

         I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

         Date of signing: 07/27/2017

         Signature of Plaintiff    *[signature]*

         Printed Name of Plaintiff  Ms. Ranishia R. Coleman

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.      For Attorneys**

Date of signing: _____

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Street Address             _____
State and Zip Code         _____
Telephone Number           _____
E-mail Address             _____

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 420-2017-00799 |

_____ and EEOC
State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs.): Ms. Ranishia Coleman
**Home Phone** (Incl. Area Code): (205) 705-7007
**Date of Birth**: 1989

**Street Address**: 7778 4th Avenue South, Apt F, Birmingham, AL 35206

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: ST. VINCENTS EAST
**No. Employees, Members**: 201 - 500
**Phone No.** (Include Area Code): (205) 838-3000

**Street Address**: 50 Medical Park Drive East, Birmingham, AL 35235

DISCRIMINATION BASED ON (Check appropriate box(es).)
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-02-2009    Latest: 06-02-2010
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My race is Black. I was hired by the above named employer in November 2009, to perform the duties of Patient Care Associate. I was subjected to disparate terms and conditions of employment based on my race until I was terminated in June 2010. The employer has since given incorrect and unfavorable references about me to prospective employers.

I believe that I was discriminated against due to my race, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED FEB 02 2017 E.E.O.C. BIRMINGHAM DISTRICT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 1/31/20__   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161 (11/09)         **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Ranishia Coleman<br>7778 4th Avenue South, Apt F<br>Birmingham, AL 35206 | From: Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|

☐  On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2017-00799 | Glenda J. Muldrow, Investigator | (205) 212-2138 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____           APR 26 2017
Delner Franklin-Thomas,              (Date Mailed)
District Director

Enclosures(s)

cc:  St. Vincent's Health System
     C/o Kristen Costanzo
     Director, Human Resources
     50 Medical Park Drive East, Suite, 259
     Birmingham, AL  35235

Enclosure with EEOC
Form 161 (11/09)

**INFORMATION RELATED TO FILING SUIT**

III. Statement of Claim

I Ms. Ranishia R. Coleman, had been failed to be promoted by charge Nurse Patti Holbrook at St. Vincent's East, after I was evaluated an worked for 7 months after passing my evaluation.

I was treated unequally and worked in an harsh work conditions.

I was retaliated against for being a witness to wrongful termination of one of my co-workers, Mrs. Jill Eatmon.

E.

I Ms. Ranishia R. Coleman had resigned from my employment at St. Vincent's East on June 2, 2010. I had recieved a contradicting letter from St. Vincent's East Human Resources Director Kristen Costanzo stating that they will consider my resignation. At the end of the letter she made a statement as if I was terminated. In which, I was not! I'm in their system for no rehire, for not putting in a proper notice. Not termination. It was not stated in St. Vincent's East policy that any employees at the time of my hire had to work two week notices out or give a notice of resignation, due to being an at will state. I requested to have my name removed, due to resigning and not being terminated. This is the main cause for my file along with the other discrimations. I have paperwork and Mrs. Jill Eatmon as proof of this filing.