# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **RANISHIA R. COLEMAN,** | ) | |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) | Civil Action Number **2:17-cv-01255-AKK** |
| **ST. VINCENTS EAST,** | ) ) | |
| **Defendant.** | ) | |

## **ORDER**

Ranishia R. Coleman filed this action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, against St. Vincents East, for failure to promote, unequal terms and conditions of employment, and retaliation. *See generally* doc. 1. Significantly, Coleman states that the alleged discriminatory acts occurred from "11-02-2009" to "06-02-2010." *Id.* at 4. Coleman further states that she filed a charge with the Equal Employment Opportunity Commission on January 31, 2017. *Id.* at 5 & 8 (EEOC charge stating, "I was hired by the above named employer in November 2009, to perform the duties of Patient Care Associate. I was subjected to disparate terms and conditions of employment based on my race until I was terminated in June 2010."). On April 26, 2017, the EEOC mailed Coleman a "Dismissal and Notice of Rights" stating that Coleman's "charge was not timely filed with EEOC . . . ." *Id.* at 9.

Unfortunately for Coleman, "Plaintiffs in non-deferral states must file charges of discrimination with the EEOC within 180 days after the allegedly discriminatory acts." *Hipp v. Liberty Nat'l Life Ins. Co.*, 252 F.3d 1208 (11th Cir. 2001). *See also Reed v. Winn Dixie, Inc.*, 677 F. App'x 607, 610 (11th Cir. 2017) ("For a charge to be timely in Alabama, a non-deferral state, it must be filed within 180 days after the alleged unlawful practice occurred.") (citing 42 U.S.C. § 2000e-5(e)(1)). Because Coleman waited substantially longer than 180 days after the alleged discriminatory acts occurred before filing her EEOC charge, and does not plead that any of the discriminatory or retaliatory acts in this lawsuit occurred within 180 days of the date she filed her EEOC charge, this action is untimely. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, and Coleman's motion for leave to proceed *in forma pauperis*, doc. 2, is **MOOT**. The Clerk is **DIRECTED** to close this file, and to mail a copy of this order to Coleman at:

    7778 4th Avenue South Apt. F
    Birmingham, AL 35206

    **DONE** the 27th day of July, 2017.

                                      _____
                                          **ABDUL K. KALLON**
                                  UNITED STATES DISTRICT JUDGE